Governor of this State for the arrest and surrender of the relator as a fugitive from justice. The requisition was accompanied by authenticated copies of an indictment, affidavits and warrant, charging relator with larceny and receiving stolen property, which the Governor of the State of New Jersey certified to be crimes under the laws of that State. The Governor of the State of New York thereupon issued his warrant for the arrest and surrender of the relator. On the hearing relator introduced testimony to the effect that he was not and the People introduced evidence that he was in the State of New Jersey at the time the crime was committed. The People argued that the question of fact thereby presented was exclusively for the Governor to determine.

*Joseph Weber* and *Haskel Jacobs* for appellant.

*Joab H. Banton, District Attorney (Felix C. Benvenga* and *Edward V. Loughlin* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
     *v.* WILLIAM FEUER and LEO FEUER, Appellants.

*Crimes — receiving stolen goods — judgment of conviction affirmed.*

*People* v. *Feuer*, 223 App. Div. 703, affirmed.

(Argued June 4, 1928; decided June 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1928, which affirmed a judgment of the Court of General Sessions of the county of New York, rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property.

*Moses A. Sachs* for appellants.

*Joab H. Banton, District Attorney (Edwin B. McGuire* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.